# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 15, 2024

## NO. 03-24-00074-CV

**Trivista Operating LLC and Trivista Oil Company LLC, Appellants**

**v.**

**ERC Acquisitions II LLC, Appellee**

**APPEAL FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the orders signed by the trial court on December 28, 2023. Trivista Operating LLC and Trivista Oil Company LLC have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.